IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

THE PIKE COMPANY,

                Plaintiff,

v.

TRI-KRETE, LTD.,

                Defendant.

Civil Action No. 6-18-CV-06311

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Edward J. Sheats, Esq., sworn to June 25, 2018, with exhibits, and the Memorandum of Law dated June 25, 2018 and upon all of the pleadings and proceedings heretofore had herein, defendant, Tri-Krete, Ltd., will move this Court on _____, at _____ a.m./p.m. before Judge _____, _____, New York _____, for an Order staying this Federal Court Action and compelling arbitration under General Business Law §§ 756-a and 756-b *et seq.* together with such other and further relief as this Court deems just and proper.

Defendant intends to file and serve reply papers.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 6.1 of Local Rules of the Western District of New York, answering affidavits and opposing memorandum of law if any, must be filed and served at least fourteen (14) days prior to the date fixed for argument of this matter.

Dated: June 25, 2018

_____
Edward J. Sheats, Esq.
NYS Attorney Registration #1905520
Sheats & Bailey, PLLC
*Attorneys for Defendant*
*Tri-Krete, Ltd.*
P.O. Box 586
Liverpool, New York 13088
Telephone (315) 676-7314
esheats@theconstructionlaw.com

TO:    Kevin Peartree, Esq.
       Ernstrom & Dreste LLP
       *Attorneys for Plaintiff*
       *The Pike Company*
       925 Clinton Square
       Rochester, New York 14604
       Telephone (585) 473-3100
       kpeartree@ed-llp.com